UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL WOOD,

Plaintiff,

v.

TASHANNA GOLDEN, et al.,

Defendants.

Case No. 3:26-cv-00825-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3)

*Pro se* Plaintiff Michael Wood initiated this action on October 22, 2026. (ECF No. 1). Wood brings claims against over forty defendants alleging that their "informal relationships with individuals need discipline." (ECF No. 1-1). The complaint and Wood's application to proceed in forma pauperis were screened by Magistrate Judge Baldwin. (ECF No. 3).

Judge Baldwin recommended in her Report and Recommendation ("R&R") that the Court dismiss the action with prejudice. *Id.* Judge Baldwin found that the one-sentence complaint was conclusory and made it "impossible for the Court to identify the factual or legal basis for his claims." *Id.* at 4. The R&R stated that Wood had two weeks after service of the document to file any objections. *Id.*

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Wood did not object to Judge Baldwin's recommendation within the statutory fourteen-day period, and the time to do so has now expired. Moreover, the Court agrees with Judge Baldwin's reasoning.

It is therefore ordered that the R&R (ECF No. 3) is ADOPTED.

It is therefore ordered that Wood's application to proceed in forma pauperis (ECF No. 1) is GRANTED.

It is further ordered that this action is DISMISSED WITH PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 23rd day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE